COULON *vs.* CHAMPLIN ET AL.

APPEAL FROM THE COURT OF THE FIRST DISTRICT.

Notice of protest left at the domicil or *dwelling house* of the endorser,
is sufficient.

This is an action on a promissory note, against the
endorser.  His only defence is want of legal notice of pro-
test.  The notary states that "notice of protest was left at
his domicil with a colored woman, he not being in, and there
being no white person about the premises."  There was
judgment against him, and he appealed.

*L. C. Duncan,* for the plaintiff.

*Larue,* contra.

*Morphy, J.,* delivered the opinion of the court.
The defendant, being sued as endorser of a promissory
note, pleaded the general issue.  The only point made in

the cause turns on the insufficiency of the notice given to him. The certificate of the notary states, "that notice of protest was left at defendant's domicil with a colored woman, he not being in, and there being no white person in or about the premises " It has been held by this court, that notice of non-payment given to endorsers by leaving it at their dwelling houses, is sufficient. 6 *Louisiana Reports*, 729, *Franklin* vs. *Verbois et al.* Damages have been prayed for by appellee, and should, we think, be allowed.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs, and ten per cent. damages.